

FILED

JAN 18 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TJ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 06-23737-C-7
                                         )
TIMOTHY MCDONALD and                     )
TARAMARIE MCDONALD,                      ) MC No. LMT-1
                                         )
         Debtors.                        )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR
PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rules of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

Debtors filed their voluntary chapter 7 petition on



September 20, 2006. They scheduled real property commonly known as 3221 Clark Street, Placerville, CA 95667 ("property") as property of the estate. The first meeting of creditors was held on October 20, 2006. The chapter 7 trustee filed a report finding that there is no property available for distribution from the estate over and above that exempted by the debtors. Debtors were discharged from all dischargeable debts on January 5, 2007.

On November 30, 2006, AMC Mortgage Services, Inc. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. According to movant, the fair market value of the property is approximately $379,000.00. Movant has a lien on the property in the approximate amount of $360,085.18. According to debtors, there is another lien against the property in the approximate amount of $3,000.00.

No opposition to the motion was filed within the time prescribed by Local Bankruptcy Rule 9014-1(f)(1). The parties have consented to taking evidence by affidavit and have not demonstrated that there is any disputed material factual issue. See L. Bankr. R. 9014-1(f)(1). The evidentiary record is closed. Id.

Upon review of the record, the court determined that the written record is adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtor in personam

expires when the debtor is granted a discharge.  11 U.S.C. § 362(c)(2)(C).  Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate.  11 U.S.C. § 362(c).  The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization.  11 U.S.C. § 362(d)(2)(B).  The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtors appear to have equity in the property, since the debtors were granted a discharge, the automatic stay has expired as to the debtors.  Thus, the motion insofar as it is directed at the interest of the debtors is moot and will be denied.  The debtors are deemed to be the prevailing parties under Cal. Civ. Code § 1717.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: January 18, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Timothy and TaraMarie McDonald
3221 Clark Street
Placerville, CA 95667

Scott A. CoBen
1214 F Street
Sacramento, CA 95814

Adam J. Bass, Esq.
Jeffrey K. Garfinkle, Esq.
Lauren M. Tang, Esq.
BUCHALTER NEMER, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Frederick J. Lucksinger
P.O. Box 2460
Rocklin, CA 95677

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 1-18-07

_____
Deputy Clerk